# United States District Court
## *Southern District of Georgia*

David Gordon Oppenheimer,

_____

Plaintiff

**v.**

Highlands Cottages, LLC, et al.

_____

Defendant

Case No. ___1:24-cv-00072-JRH-BKE___

Appearing on behalf of

___David Gordon Oppenheimer,___

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __17th__ day of __December__ , __2024__ .

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Evan A. Andersen |
| Business Address: | SRIPLAW, P.A. |
| | Firm/Business Name |
| | 3355 Lenox Road NE, Suite 750 |
| | Street Address |

| | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| 470.598.0800 | | 377422 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

| | |
|---|---|
| Email Address: | Evan.andersen@sriplaw.com |